**STATEMENT OF FACTS**

On Friday, August 12, 2005, at about 12:15 p.m., sworn officers with the Metropolitan Police Department's Major Narcotics Branch went to xxxx xx<sup>th</sup> Xxxxxx, X.X., Apt. 1, Washington, D.C. after learning that there were drugs and a gun seized during an eviction at the above premises. Once inside, officers saw a black colored plastic baggie containing a greenish weed substance on a table in the living room. Located behind the couch was a shoebox which contained a plastic ziplock containing a greenish weed-like substance, a clear plastic baggie containing 6 smaller green colored ziplocks with a white rock-like substance. Also inside the shoebox was a loaded Glock .40 caliber semi-automatic pistol. Officers placed the defendant, Xavier Hopkins, under arrest. A portion of the white rock-like substance field tested positive for cocaine, and the greenish weed-like substance field tested positive for THC. To the best of the undersigned officer's knowledge, defendant Xavier Hopkins has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the D.C. Superior Court Criminal Case No. F7745-02. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Glock .40 caliber handguns nor ammunition manufactured in the District of Columbia.

        SGT. CURT SLOAN
        MAJOR NARCOTICS BRANCH, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF AUGUST, 2005.

        U.S. MAGISTRATE JUDGE