SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No. _LU#7_

TOT

Vs.

P.D.I.D. No. _538804_

_Xavier Hopkins_ (Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _8/15/05_.

COMMITMENT/RELEASE

☒ NO BOND  
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _August 15, 2005_

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: _8-13-05_        _R. Blackl_____  
JUDICIAL OFFICER PRESIDING

white-court        yellow-usao        Pink-defense

CD-3026/Mar. 03